3:21-cv-00053-MO

01-08-2021

Michael Ray Swanson—vs—United states, Joe Biden—no case number yet

I request an emergency injunction, so Joe Biden (president) does not rejoin the united states into the paris agreement accord (Ponzi scheme). All the literature I went thru on global warming and climate change, IPCC the international panel on climate change, NAS USA organization national academy of science Kyoto ,etc tell by the year 2100 all this fear they inflict on sea level rise, heat disease etc—and humans cause global warming/climate change because of ghg green house gasses and emissions is doing it. They do not address GEOTHERMAL (heat within the earth, earths core is molten, like 10,000 degrees.)

1. There is no other remedy, telling ALL they are fraudsters will not work. This is a world wide Ponzi scheme, mafia style extortion, etc
2. Irrepairable harm, $trillions wasted into the Ponzi scheme, will americans suffer...
3. It is more likely than not, I can prove this is policy based on misrepresentation, fraud, the factor of geothermal left out of the GLOBAL WARMING literature is intentional.

& injunction to stop congress & their green new deal